Sharon C. Jett
Texas State Bar No. 24010134
Higier Allen & Lautin, P.C.
5057 Keller Springs Road, Suite 600
Addison, Texas 75001
Telephone: 972-716-1888
Facsimile: 972-716-1899
Email: sjett@higierallen.com
ATTORNEYS FOR FIRST BANK.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WOODMONT TCI GROUP VIII, L.P., ET AL, | § | CASE NO. 09-34046-hdh11 |
| | § | |
| | § | (Jointly Administered) |
| DEBTOR. | § | |

**OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT AND DEBTOR'S AND TCI'S JOINT PLAN OF REORGANIZATION**

TO THE HONORABLE HARLIN D. HALE, U.S. BANKRUTPCY JUDGE:

COMES NOW, First Bank ("Bank"), a creditor and claimant in the above Chapter 11 bankruptcy case, files this objection to the confirmation of the Chapter 11 Joint Disclosure Statement and Chapter 11 Joint Plan proposed by Woodmont TCI Group VIII, L.P. ("Debtor") and Transcontinental Realty Investors ("TCI"), and for cause of action would respectfully show the Court as follows:

1. The Court has jurisdiction to consider confirmation of the Plan pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Bank is a Missouri state bank doing business in Texas.

3. Debtor filed a petition pursuant to Chapter 11 of Title 11 on or about June 30, 2009.

4. Bank is a secured creditor of the above-referenced Debtor by virtue of a deed of trust lien in the real property located more particularly described on **Exhibit A** attached hereto and made a part hereof ("Property").

5. Bank is owed in excess of $630,660.00 with regard to the loan secured by the above referenced Property. Bank filed its Proof of Claim on October 26, 2009.

6.  Debtor's proposed treatment of Bank is set forth at paragraph 4.02 of Debtor's Plan of Reorganization ("Plan") which was filed on September 30, 2009. The Plan proposes to provide Bank a secured claim in the amount of $621,000.00 together with interest at the Plan Rate (as defined in the Plan).

7.  Bank objects only to the amount of its claim which should be $630,660.00.

WHEREFORE, PREMISES CONSIDERED, Bank prays for an order of this Court:

1.  to amend Bank's Allowed Secured Claim to be in the amount of $630,660.00; and,

2.  for such other and further relief, both general and specific, to which Bank may show itself justly entitled.

Respectfully submitted,

/s/ Sharon Jett
Sharon C. Jett
Texas State Bar Number: 24010134
Higier Allen & Lautin, PC
5057 Keller Springs Road, Suite 600
Addison, Texas 75001
Telephone: 972-716-1888
Facsimile: 972-716-1899
ATTORNEYS FOR FIRST BANK

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of October, 2009, a true and correct copy of the foregoing Objection to Debtor's Disclosure Statement and Debtor's and TCI's Joint Plan of Reorganization was served *via* the Court's ECF system and *via* first class mail, postage pre-paid, on the parties listed on the attached service list and the following parties:

Woodmont TCI Group VIII, LP
1800 Valley View Lane
Suite 300
Dallas, TX 75234

John P. Lewis, Jr.
Law Office of John P. Lewis, Jr.
1412 Main St. Ste. 210
Dallas, TX 75202

U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1496

/s/ Sharon Jett
Sharon Jett

# EXHIBIT A

Lot 1, Block A, Addison Road - Keller Springs Road Addition, an Addition to the Town of Addison, Dallas County, Texas, according to the map or plat thereof recorded in Volume 2004075, Page 174, of the Map Records of Dallas County, Texas.

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT   Northern District of Texas | PROOF OF CLAIM |
|---|---|

Name of Debtor:
WOODMONT TCI GROUP VIII, L.P,

Case Number:
09-34046-HDH-11

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
FIRST BANK

Name and address where notices should be sent:

Attn: Eileen Spratt
11901 Olive Street, St. Louis, Missouri 63141-6736

Telephone number:
(314) 995-8757

☐ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ _____630,660.00_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** __Money Loaned__
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** __4727__

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:**  ☑ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe:

   **Value of Property:** $ __1,000,000.00__  **Annual Interest Rate** __5__%

   **Amount of arrearage and other charges as of time case filed included in secured claim,
   if any:** $ __630,660.00__   **Basis for perfection:** __Matured Loan__

   **Amount of Secured Claim:** $ __630,660.00__   **Amount Unsecured:** $ __0.00__

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

   Specify the priority of the claim

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

   **Amount entitled to priority:**
   $ _____

   **Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**FOR COURT USE ONLY**

Date:
10/26/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Sharon Jett, Attorney for First Bank

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 and 3571.

```
10-15-2009                          Loan System                      50-715-1
12:30:33                           Compute Payoff                    PC0800L3
Note number:   506061214727
Short name:    WOODMONT TCI GROUP      Payoff year base:   ACT/360
                   Payoff good thru:   6-30-09
              *----------------------Payoff Data----------------------*
                Payoff date:                              6-30-09
                Net payoff:                            630,660.00
                Principal amount:                      621,000.00
                Interest due:                            9,660.00
                Late fees due:                                 .00
                Unpaid insurance:                              .00
                Escrow balance:                                .00
                Payoff interest per day:                   86.250000
                Unapplied funds:                               .00
                Unpaid loan fees:                              .00     F9
                Total of other rebates:                        .00



F3=Exit    F9=Fee detail    F12=Cancel
```